```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MICHAEL DONETZ,

                            Plaintiff,
            -against-                                       20 Civ. 2581 (AT)

PORT AUTHORITY TRANS HUDSON CORP.,
                                                            ORDER
                            Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2020

ANALISA TORRES, District Judge:

Defendant's motion to adjourn the initial pretrial conference, ECF No. 9, is GRANTED. The initial pretrial conference scheduled for June 1, 2020, is ADJOURNED to **July 13, 2020, at 11:00 a.m.** By **July 6, 2020**, the parties shall file their joint letter and proposed case management plan. The conference shall proceed telephonically; the parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

In addition, to protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

The Clerk of Court is directed to terminate the motion at ECF No. 9.

SO ORDERED.

Dated: May 13, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge