# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____

Sean Constable, Esq.
Admitted in NY & MA

March 15, 2021

Magistrate Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: DONETZ V. PATH
    20 Civ. 2581 (AT)(SLC)

Dear Magistrate Judge Cave:

We are plaintiff's counsel in the above-entitled case and write to request a brief extension of the settlement conference scheduled for Tuesday, March 23, 2021 with the as well as the settlement submission due March 17, 2021. Sean Constable of my office has been handling this matter since its inception and is fully familiar with the facts necessary to prepare the settlement submission and cover the settlement conference. However, due to emergent health issues which arose today, he is indisposed. In addition, I am starting a trial on Wednesday, March 17, 2021 before Judge Ronnie Abrams in the matter of *Gonzalez v. Metro-North Commuter Railroad* – 18 Civ. 7660 and therefore unable to get review the file in order to prepare the settlement submission or cover the conference.

Due to the above, it is respectfully requested that the settlement submission and conference be adjourned. The parties have reviewed their calendars and can be available as follows:

- April 12, 2021
- April 13, 2021 – anytime after 11:30 AM
- April 14, 2021 – between 9:00 AM and 1:00 PM
- April 15, 2021 – any after 1:00 PM
- April 16, 2021
- April 19, 2021
- April 20, 2021
- April 21, 2021
- April 26, 2021

I have spoken with defense counsel and they consent to the request.

Respectfully submitted,

*[signature]*

Marc Wietzke

SC:EF
Cc: Matthew Malysa, Esq.

---

Plaintiff's letter-motion requesting an adjournment of the March 23, 2021 settlement conference (ECF No. 23) is GRANTED, and the settlement conference is adjourned to **Wednesday, April 14, 2021 at 10:00 am** with the parties' settlement submissions due **Thursday, April 8, 2021**. The Court's Settlement Conference Scheduling Order (ECF No. 19), which includes the Court's Standing Order Applicable to Settlement Conferences, is incorporated by reference to this order.

The Clerk of Court is respectfully directed to close ECF No. 23.

SO-ORDERED 3/16/2021

*[signature]*

SARAH L. CAVE
United States Magistrate Judge