# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

_____
Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

March 24, 2021

Magistrate Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: DONETZ V. PATH
     20 Civ. 2581 (AT)(SLC)

Dear Magistrate Judge Cave:

We are plaintiff's counsel in the above-entitled case and write to withdraw a request for an extension of time to file the Joint Pre-Trial Order which was incorrectly filed.  By way of an Order dated February 1, 2021, the Pre-Trial Order filing date was already adjourned to April 15, 2021.  Consequently, it is respectfully requested that the request made in Docket No. 25 be cancelled.

Respectfully submitted,

Marc Wietzke

Application GRANTED.  The Clerk of Court is respectfully directed to close ECF No. 25.

SO-ORDERED 3/25/2021

SARAH L. CAVE
United States Magistrate Judge